UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| J'MAR TEUYAN TARAFA,<br><br>                              Plaintiff,<br>v.<br><br>TAUNA TARAFA, *et al.*,<br><br>                             Defendants. | Case No. 3:18-cv-00201-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 10) ("R&R" or "Recommendation") relating to Plaintiff's application to proceed *in forma pauperis* ("IFP Application") (ECF No. 1). Plaintiff had fourteen days from service of the R&R to file an objection. *See* LR-IB 3-2(a). The R&R was issued on October 17, 2018 and mailed to Plaintiff on or about the same date. Thus, the time for Plaintiff to object has expired and to date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a

magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Judge Cobb's R&R. Judge Cobb recommends dismissal without prejudice because Plaintiff has not filed a completed IFP Application with the financial certificate signed by a person authorized on behalf of Humboldt County Facility despite having been multiple opportunities to file a completed IFP Application or pay the required filing fee. (ECF No. 10.) Upon reviewing the R&R and proposed complaint, this Court finds good cause to accept and adopt the Magistrate Judge's R&R in full.

It is therefore ordered that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 10) is accepted and adopted in its entirety.

It is further ordered that this action is dimissed without prejudice.

The Clerk is directed to close this case.

DATED THIS 26th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE